UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00114-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE REYES-BALDERAS, a/k/a Arturo Gutieres, a/k/a Arturo Gomez,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday May 9, 2007,** and responses to these motions shall be filed by **Monday, May 21, 2007**. It is

    FURTHER ORDERED that a hearing on pending motions has not been set at this time. Counsel shall notify Chambers if a hearing and final trial preparation conference becomes necessary. It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 4, 2007, at 9:00 a.m. in courtroom A-1002.**

Dated: April 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge